UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

REGINALD TRAMMELL,

                Plaintiff,

v.

ROYEA MIDDLETON; C.J. ALLEN; JOE
WOLCZYK; SGT. KIRKPATRICK; JOHN BURGE,
Superintendent; B. TRAVIS, Chair, NYS Board of
Parole; and DONALD SELSKY, Deputy Commissioner,
Department of Corrections,

                Defendants.

9:03-CV-0949 (GHL)[1]

_____

APPEARANCES:

HARRIS BEACH PLLC
Counsel for Plaintiff
One Park Place, 4th Floor
300 South State Street
Syracuse, New York 13202

HON. ANDREW M. CUOMO
Attorney General for the State of New York
Counsel for Defendants
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204

OF COUNSEL:

DAVID M. CAPRIOTTI, ESQ.

ED J. THOMPSON, ESQ.
Assistant Attorney General

GEORGE H. LOWE, United States Magistrate Judge

**<u>ORDER</u>**

    The Court and counsel having conferred by telephone on April 9, 2007, and the Court having found that good cause exists for the withdrawal of Mr. Capriotti and his firm from

---

[1] Following the return of this matter by District Judge Donald E. Walter, it is currently awaiting reassignment to another District Judge. Dkt. No. 41.

representation of Plaintiff, it is hereby

**ORDERED**, that Mr. Capriotti and his firm are granted leave to withdraw; and it is further

**ORDERED**, that, pursuant to Rule 83.2(b) of the Local Rules of this Court, Mr. Capriotti is to serve a copy of this Order upon Plaintiff by mail at Plaintiff's last known address, and Mr. Capriotti is to file an affidavit of such service.

Dated: April 12, 2007
       Syracuse, New York

_____
George H. Lowe
United States Magistrate Judge